# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES R WYATT,

      Plaintiff,

v.                                                 Case No:   6:25-cv-471-WWB-LHP

ELBIT SYSTEMS OF AMERICA, LLC,

      Defendant

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Substitute Defendant and Memorandum of Law in Support.  Doc. No. 11.  On review, the Court finds the motion well taken.  *See, e.g.*, *Wigglebutt Inn, Inc. v. Plan B Enters., LLC*, No. 2:11-cv-686-FtM-99DNF, 2012 WL 13098421, at *1 (M.D. Fla. Jan. 23, 2012); *see also* Fed. R. Civ. P. 15(a)(2).  Accordingly, it is **ORDERED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall file an amended complaint effecting the substitution of the named Defendant.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties